**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANDRZEJ MADURA, et al.,
    Plaintiffs,

vs.                                      CASE NO. 8:07-CIV-2274-T-17-EAJ

LAKEBRIDGE CONDOMINIUM
ASSOCIATION, INC., et al.,
    Defendants.
_____/

**ORDER**

    This cause is before the Court on the plaintiff's motion for reconsideration (Docket No. 33) and response thereto (Docket No. 36). The Court find the response persuasive and incorporates it by reference herein. Accordingly, it is

    **ORDERED** that the plaintiff's motion to reconsider (Docket No. 33) be **denied**.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of August, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

cc: All parties and counsel of record